IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA DIVISION

| | |
|---|---|
| The Moorish Republic Nation,<br><br>  Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA | Case:<br><br>Verified Claim of Human Trafficking, Misapplication of Statutes, Fraud, and Violations of the Several Human Rights Treaties.<br><br>Bench Trial Demanded |

## INTRODUCTION

We, the Moorish Republic Nation bring this action on behalf of Anita Bey, under Aliens Action for Tort for the Defendant's misapplication of its statutes, commercial fraud, and violations of the several Human Rights Treaties.

## JURISDICTION AND VENUE

This Court has jurisdiction pursuant to Title 28 U.S.C. §§ 1330(a),(b),(c), 1350, 1605(2)(3)(5). The venue in this judicial district is proper under Title 28 U.S.C. § 1402.

## NATURE OF THIS ACTION

As the Moorish Republic are not U.S. or state citizens, this action is of an International nature. Therefore the Law of Treaties must be adhered to.

## PARTIES

➢ Plaintiff, The Moorish Republic, represented by Menes Ankh El, Chief Representative of the Moorish Republic.

➢ Plaintiff is informed and believes that Defendant, COMMONWEALTH OF PENNSYLVANIA is a foreign for-profit municipal corporation whose officers and contractors enforce the Defendant's administrative statutes.

### FACTUAL BACKGROUND, FACTS, AND GENERAL ALLEGATIONS

- Under the case #'s of CP-51-DP-0000737-2017, CP-51-DP-0002042-2018, AND CP-51-DP-0000163-2019, the Defendant through it agents "terminated" Anita Bey's parental rights according to Defendant's administrative statutes.
- The Defendants are now attempting to allow someone else to adopt Anita Bey's children.
- Defendant is also attempting to enforce its administrative statutes against Anita Bey in order to imprison her.

### WAIVER OF IMMUNITY

The Defendant's actions complained of are commercial in nature pursuant to the 27 C.F.R. §72.11 as well as pursuant to 231 Pa. Code §1001. Therefore, the Defendant has waived its immunity through the commercial actions of its agents, under Title 28 USC 1605. (See also ATACADERO STATE HOSPITAL v. SCANLON, 473 U.S. 234, 105 S.Ct. 3142).

### JUSTICIABILITY

Pursuant to Dred Scott v. Sanford and the 14th Amendment, Moorish Republic Nationals are not state or U.S. citizens or nationals. Historically, the Defendant is foreign to North America, making it a foreign entity to the Moorish Republic under the Alien's Action for Tort statute, Title 28 U.S.C. § 1350.

Pursuant to the Enclave Clause, the 14th Amendment, and the Organic Act of 1871, the Defendant is a foreign corporation in relation to United States. Pursuant to 27 CFR §72.11, the Defendant's actions are purely commercial in nature giving this Court proper jurisdiction under Title 28 U.S.C. 1605(a)(1),(2).

### CLAIMS FOR RELIEF

Plaintiff incorporates by reference the statements and allegations contained in Line 1 to 52 above, as if fully set forth herein.

1. **The Defendant is misapplying its Administrative Statutes to a National of the Moorish Republic.**

The codes and statutes that the Defendant is enforcing against Anita Bey and her children are called color of law.  By definition, color of law looks like law but is not law.  As that is the case, the codes and statutes that the Defendant is enforcing can only apply to the Defendant's citizens, public officials, and those who contract with the Defendant.

As a National of The Moorish Republic National, Anita Bey (known to the Defendant as Anita Frances Buie) and her children are not U.S. or state citizens. Nevertheless, through the misapplication of its statutes, the Defendant has taken Anita Bey's children with the intent to give them to someone else.  This is human trafficking.  The Defendant is also attempting to imprison Anita Bey through the misapplication of the same statutes.

2. **Defendant is committing commercial fraud against a National of the Moorish Republic.**

Placing the Defendant's actions in the proper context, agents of the Defendant initiated commercial/administrative actions against Anita Bey, a foreign National, in an administrative forum.  The actions were filed in the name of the Defendant, a fictional entity, against Anita Bey for a violation of the Defendant's administrative codes.

Through the use of fraudulent commercial and administrative processes, the Defendant has taken Anita Bey's children, and is attempting to imprison her and deliver her children to someone else.

As one who is not an officer of the Defendant, neither Anita Bey nor her children have any liability or obligation to the Defendant or the Defendant's codes, statutes, rules and regulations.  In order for the Defendant's court to have proper jurisdiction, the Defendant would have to prove that Anita Bey is a U.S. citizen; or produce some sort of agreement or contract signed by Anita Bey showing her and/or her children's liability or obligations to the Defendant or the Defendant's statutes; or the Defendant would have to prove that Anita Bey and her children were created under the laws of the Defendant, which they is not.

3. **The Defendant is violating several Human Rights Treaties to which the Defendant is a signatory to under Article VI of the United States Constitution.**

The Defendant's actions, as described above, also violate the several human rights treaties through the dehumanization, denationalization, forced assimilation, and human trafficking of Anita Bey and her children.

## AFFIRMATION

We, the Moorish Republic, do hereby affirm and certify that the foregoing statements and allegations are true, correct, and accurate to the best of Our informed knowledge and belief.

## RELIEF REQUESTED

- ❖ The immediate release of Anita Bey's children to her.
- ❖ An order for Defendant to permanently cease and desist all actions against Anita Bey.

Respectfully submitted,

/s/ *Menes Ankh El*

Menes Ankh El,
Chief Representative of the Moorish Republic

The Moorish Republic
Telephone: (317)590-7563
P.O. Box 88062
Indianapolis, Indiana  46208
CapStoneLawFirm@gmail.com

## CERTIFICATE OF SERVICE

I certify that this complaint and summons were electronically filed with the United States District Court for the Eastern District of Pennsylvania February 29, 2024.

/s/ *Menes Ankh El*

Menes Ankh El

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| The Moorish Republic, <br><br> Plaintiff <br><br> v. <br><br> COMMONWEALTH OF PENNSYLVANIA, <br><br> Defendant. | CASE #:_____ <br><br><br> SUMMONS |

COMMONWEALTH OF PENNSYLVANIA
508 MAIN CAPITOL BUILDING
HARRISBURG, PENSYLVANIA 17120

You have been sued by The Moorish Republic in the court indicated above.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff whose name and address is:

The Moorish Republic
Telephone: (317)590-7563
P.O. Box 88062
Indianapolis, Indiana  46208
E-mail: CapStoneLawFirm@gmail.com

The nature of the suit against you is stated in the complaint which is attached to this summons.  It also states the relief sought or the demand made against you by the Plaintiff.

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the court.

   **Service by U.S. Marshall is the designated manner of service of Summons**

Dated: _____                _____
                                                District Court Clerk

## MARSHALL'S RETURN OF SERVICE OF SUMMONS

This summons for _____ was received by me on the _____ day of _____, 2024.

- ☐ I personally served the summons on the individual at _____ on _____ day of _____, 2024; or

- ☐ I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretions who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

- ☐ I served the summons on _____, who is designated by law to accept service of process on behalf of _____ on _____; or

- ☐ I returned the summons unexecuted because _____; or

- ☐ Other:
  _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date:_____

Server's Signature:_____

Printed Name and Title:_____

Additional Information:

_____

_____